IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03105-RM-KLM

HUNG DANG and
TRAM NGUYEN

       Plaintiffs,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

       Defendant.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs Hung Dang and Tram Nguyen and Allstate Vehicle and Property Insurance Company ("Allstate"), jointly move for the entry of an order modifying the scheduling order (ECF No. 20.) to extend the expert-disclosure and other corresponding deadlines as follows.

### CERTIFICATE OF CONFERRAL

Both parties join in this motion.

### JOINT MOTION

1. Good cause exists to amend the scheduling order in this case. "Demonstrating good cause under the rule 'requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay.'" *Strope v. Collins*, 315 F. App'x 57, 61 (10th Cir. 2009) (quoting *Moothart v. Bell*, 21 F.3d 1499, 1504 (10th Cir. 1994)).

2. This is an insurance breach of contract and bad faith case in which Plaintiffs seek insurance benefits due to alleged damage to his insured property.

3. Under the current Scheduling Order, the deadline for Affirmative Expert Disclosures is set for June 8, 2022, the deadline for Rebuttal Expert Disclosures is set for July 8, 2022, the deadline for the end of discovery is set for August 4, 2022, and the deadline for Dispositive Motions is set for September 7, 2022. (ECF No. 20.)

4. The Parties have been engaged in settlement negotiations and believe this case has a reasonably likely chance of settling without the need to conduct extensive, costly discovery.

5. Because the Parties want to continue to pursue settlement negotiations without the unnecessary burden and cost of discovery, the Parties request this Court grant extensions of the deadlines in the Scheduling Order as follows:

   a. Affirmative Expert Disclosures: August 8, 2022.

   b. Rebuttal Expert Disclosures: September 6, 2022.

   c. Discovery cut-off: October 3, 2022.

   d. Dispositive Motions: November 7, 2022.

6. The Parties submit that the requested extension of time is necessary for the Parties "to secure the just, speedy, and inexpensive determination of [this] action," and it is proportional to the discovery needed to prepare this case for trial, given factors including the importance of the issues at stake and the amount in controversy. Leaving the current deadlines in place will force the Parties to engage in discovery, despite the fact this case is likely to settle, thereby increasing the cost of litigation unnecessarily.

7. For the reasons set forth above, good cause exists to amend the Scheduling Order and extend the deadlines to the dates requested in paragraph 5 above.

8. This is the first request to amend deadlines in the Scheduling Order and the Parties do not currently seek to amend any other deadlines besides those provided above.

9. This Joint Motion is not brought for any improper purpose. Neither Party will be prejudiced if the Motion is granted.

10. Under D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Motion is being served upon their clients.

WHEREFORE, the Parties respectfully request that this Honorable Court grant this Joint Motion and amend the deadlines in the Scheduling Order.

Dated:  June 3, 2022                                          Respectfully submitted,


s/ *Richard A. Lane, III*                                     s/ *Evan Blonigen*
Christopher Drake                                             Terence M. Ridley
Alyssa Chirlin                                                Evan Blonigen
Richard A. Lane, III                                          Spencer Fane LLP
Smith Jadin Johnson, PLLC                                     1700 Lincoln Street, Suite 2000
1775 Sherman Street, Suite 2750                               Denver, CO 80203
Denver, CO 80203                                              Telephone: 303.839.3800
Telephone: (720) 550-7228                                     Facsimile: 303.839.3838
 Facsimile: (612) 235-7927                                    Email: tridley@spencerfane.com
 Email: cdrake@sjjlawfirm.com                                         eblonigen@spencerfane.com
           achirlin@sjjlawfirm.com
           alane@sjjlawfirm.com
Attorneys for Plaintiffs                                      Attorneys for Defendant
Hung Dang and Tram Nguyen                                     Allstate Vehicle and Property Insurance
                                                              Company

4